# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

CYNTHIA PARHAM, JED OPPENHEIM, CHERYL GOGGIN, THE LEAGUE OF WOMEN VOTERS MISSISSIPPI, and MISSISSIPPI STATE CONFERENCE OF THE NAACP,

    Plaintiffs,

v.

MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi,

    Defendants.

Civil Action No. 3:20-cv-572-DPJ-FKB

## PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs respectfully move to withdraw their Motion for Preliminary Injunction filed on September 17, 2020.

*/s/ Jade Morgan*
Jade Morgan
Leslie Faith Jones*
Southern Poverty Law Center
111. E. Capitol Street, Suite 280
Jackson, MS 39201
P: (601) 317-7519
F: (601) 948-8885
jade.morgan@splcenter.org
leslie.jones@splcenter.org

Caren E. Short*
Nancy G. Abudu*
SOUTHERN POVERTY LAW
CENTER
P.O. Box 1287
Decatur, GA 30031
P: (404) 521-6700
F: (404) 221-5857
caren.short@splcenter.org
nancy.abudu@splcenter.org
Ezra D. Rosenberg*
Jennifer Nwachukwu*
Ryan Snow*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Phone: (202) 662-8600
Fax: (202) 783-0857

Neil A. Steiner*
Sharon Turret
Pat Andriola
Tomas Barron
DECHERT LLP
1095 6th Avenue
New York, NY10036
Phone: (212) 698-3500
Fax: (212) 698-3599

Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Phone: (215) 994-2000
Fax: (215) 994-2222

*Pro hac vice motion forthcoming


**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify on this 12th day of October, 2020, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

*/s/ Jade Morgan*
Jade Morgan
Southern Poverty Law Center
111. E. Capitol Street, Suite 280
Jackson, MS 39201
jade.morgan@splcenter.org
*Attorneys for Plaintiffs*

Dated:    October 12, 2020